# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOEL J. KOFSKY, <br><br> Plaintiff, <br><br> v. <br><br> SANDEL LAW FIRM <br> And <br> SANDEL LEGAL GROUP, LLC <br> And <br> KEVIN SANDEL <br><br> Defendants. | Civil Action No. <br><br> 2:25-cv-05576-GAW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joel J. Kofsky and Defendants Sandel Law Firm, Sandel Legal Group, LLC, and Kevin Sandel, by and through their undersigned counsel, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, with each Party to bear its own attorneys' fees and costs. SO STIPULATED.

Respectfully Submitted,

By: _____/s/_____
Colin E. Brett, Esquire (PA ID No. 318041)
THE LAW OFFICES OF JOEL J. KOFSKY
1500 John F. Kennedy Boulevard
2 Penn Center, Suite 550
Philadelphia, PA 19102
Telephone: (215) 735-4800
Fax:  (215) 735-7919
kofskylaw@gmail.com

*Counsel for Plaintiff*

By: _____/s/_____
Erin L. Leffler (PA ID No. 204507)
SHOOK, HARDY & BACON L.L.P.
Two Commerce Square
2001 Market St., Suite 3000
Philadelphia, PA 19103
Telephone: (215) 278-2555
Fax: (215) 278-2594
eleffler@shb.com

*Counsel for Defendants*